UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES SCOTT MULLINS,

        Plaintiff,

-vs-

CITY OF INKSTER, et al.,

        Defendants.
_____/

CASE NO. 05-CV-73452

PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

## ORDER REQUESTING SUPPLEMENTAL INFORMATION ON THE PRIOR WAYNE COUNTY CIRCUIT COURT ACTION

The parties' summary judgment briefing reveals that there was a prior related civil proceeding arising out of this incident filed in Wayne County Circuit Court. (Def. City of Inkster Br. 1). In its summary judgment briefing, Defendant City of Inkster represents that the state trial court granted it summary disposition on Plaintiff's claims. (*Id.*).

Accordingly, to be able to understand the complete state court action, the Court **ORDERS** that the parties file supplemental information: (1) the complaint(s); (2) the dispositive motion briefing; (3) the transcripts; and (4) orders, by Friday, December 28, 2007. The parties shall stipulate to and file one copy of this information. No additional briefing or argument. This Order does not affect the date for the motion hearing scheduled for January 10, 2008.

**SO ORDERED.**

                                                s/Paul D. Borman
                                                PAUL D. BORMAN
                                                UNITED STATES DISTRICT JUDGE

Dated: December 20, 2007

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on December 20, 2007.

                                                s/Denise Goodine
                                                Case Manager