UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES SCOTT MULLINS,

     Plaintiff,

-vs-

CITY OF INKSTER, et al.,

     Defendants.
_____/

CASE NO. 05-CV-73452

PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

## ORDER
## (1) REQUESTING SUPPLEMENTAL BRIEFING ON WHETHER RES JUDICATA AND/OR COLLATERAL ESTOPPEL BAR(S) PLAINTIFF'S CLAIMS AGAINST DEFENDANT CITY OF INKSTER; AND (2) ADJOURNING THE SUMMARY JUDGMENT MOTION HEARING DATE UNTIL FEBRUARY 15, 2008

Before the Court is Defendant City of Inkster's ("Defendant") August 1, 2007 Motion for Summary Judgment. Plaintiff Charles Scott Mullins ("Plaintiff") filed a Response on December 15, 2007. A motion hearing is currently scheduled for January 10, 2008.

Defendant's Brief states that Plaintiff had brought a previous state court case against Defendant arising out of the same or similar facts as the instant federal case. (Def. Br. 1). As a result, on December 20, 2007, the Court requested that the parties stipulate to and produce the relevant state court record. The parties submitted the requested information on December 28, 2007.

Upon review of the state court record, the Court requests that the parties submit supplemental briefing on the issue of whether res judicata and/or collateral estoppel bar Plaintiff's claims against Defendant in the federal case. The Court requests that Defendant submit a brief on these issues, not to exceed five (5) pages, within ten (10) days of this Order. Plaintiff may file a Response, not to exceed five (5) pages, within ten (10) days of the filing of Defendant's brief.

Accordingly, the Court adjourns the scheduled summary judgment motion hearing date until

1

Friday, February 15, 2008, at 2:00 p.m.

**SO ORDERED.**

                                            s/Paul D. Borman
                                            PAUL D. BORMAN
                                            UNITED STATES DISTRICT JUDGE

Dated: January 2, 2008

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on January 2, 2008.

                                            s/Denise Goodine
                                            Case Manager