# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

CHARLES SCOTT MULLINS,

        Plaintiff,

-vs-

CITY OF INKSTER, et al.,

        Defendants.
_____/

CASE NO. 05-CV-73452

PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

## ORDER REQUESTING THAT THE PARTIES PROVIDE THE TRANSCRIPT(S) OF JUDGE ROBERT J. COLOMBO'S SUMMARY DISPOSITION RULING

On December 20, 2007, the Court requested that the parties submit pleadings connected with a prior state court case involving the parties. On January 2, 2008, the Court requested that the parties submit supplemental briefs on whether the issues of res judicata and/or collateral estoppel should bar Plaintiff's claims against Defendant City of Inkster. Both parties subsequently submitted the requested state court pleadings and supplemental briefing.

However, the parties did not include Judge Robert J. Colombo's reasons for ruling on the record on Defendants City of Inkster, Marvin Winkler, and James Beebe's motion for summary disposition. The parties only included the December 20, 2005 Order granting in part and denying in part Defendants' motion for summary disposition – which does not specify Judge Colombo's rationale for his ruling. Accordingly, the Court **ORDERS** that the parties obtain and file the transcript(s) that contain(s) Judge Colombo's rationale for his decision within ten (10) days of this Order.

**SO ORDERED.**

                                         s/Paul D. Borman
                                         PAUL D. BORMAN
                                         UNITED STATES DISTRICT JUDGE

Dated: January 30, 2008

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on January 30, 2008.

s/Denise Goodine<br>Case Manager